NICHOLS, Respondent, v. NICHOLS, Appellant. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Emily B. Nichols against Alexander A. Nichols.

PER CURIAM. Order reversed, without costs, on condition that within 20 days after entry of this order the defendant pay to plaintiff such sum as shall make the total payments $75 a month for the support of plaintiff and the children from June 13, 1913, until November 26, 1913, with interest, and after the last-named date as shall make the total payment $75 a month for the support of the children

alone, with interest, provided, however, that if said sum of $75 a month be reduced by the Special Term as from and after November 26, 1913, then the reduced amount shall be considered, instead of the $75 a month, in determining the amount hereby required to be paid after the said November 26, 1913; otherwise, order affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1102.